IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

ERRICK M. WRIGHT )
    MOVANT )
  V. )   05- 442
  )
STATE OF DELAWARE, et al )
    RESPONDANT )


FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION TO PROCEED IN FORMA PAUPERIS

COMES NOW, THE MOVANT, ERRICK M. WRIGHT, PRO SE WHO MOVES THIS HONORABLE COURT TO GRANT THIS PETITION.

IN SUPPORT OF THIS PETITION THE MOVANT OFFERS THE FOLLOWING FACTS:

1. THE MOVANT IS INDINGENT AND UNABLE AT THIS TIME TO PAY COURT FEES.

2. THE MOVANT HAS NO OUTSIDE HELP AND DOES NOT OWN ANY ASSETS SUCH AS; REAL ESTATE, AUTOS, STOCKS OR BONDS. HIS CURRENT ACCOUNT BALANCE IN A SAVINGS OR CHECKING ACCOUNT IS $0.00.

WHEREFORE MOVANT REQUESTS THIS HONORABLE COURT TO GRANT THIS PETITION TO PROCEED IN FORMA PAUPERIS.

DATE: June 24, 2005

*Errick M. Wright* (signature)
ERRICK M. WRIGHT, PRO SE
SCCC
SUDP/SWRU
23207 DUPONT BLVD.
GEORGETOWN, DE 19947




To: Clerk of Court
U.S. District Court
J. Caleb Boggs Federal Bldg
Lock Box 18
844 N. King St
Wilm., DE 19801

Errick Wright
SBI# 211465
POD 10-14A
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947


U.S.M.S. X-RAY