IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERRICK M. WRIGHT<br>MOVANT | ) | 05 - 442 |
| V. | ) | |
| STATE OF DELAWARE, et al<br>RESPONDANT | ) ) ) | |



FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION TO FILE CIVIL JUDGEMENT

COMES NOW, THE MOVANT, ERRICK M. WRIGHT, PRO SE, PURSUANT TO THE FIFTH AND EIGHTH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

IN SUPPORT OF THIS PETITION THE MOVANT ASSERTS THE FOLLOWING FACTS;

1) THE MOVANT WAS SENTENCED ON JUNE 25, 2004 IN THE SUPERIOR COURT TO SIX MONTHS LEVEL II PROBATION WITH A CONDITION TO ATTEND ANGER MANAGEMENT CLASSES OF WHICH HAD NO CORRELATION TO CHARGES MOVANT WAS CONVICTED OF.

2) IN DECEMBER OF 2004 MOVANTS LEVEL II PROBATION OFFICER (WHOSE NAME IS UNAVAILABLE AT THIS TIME) SOUGHT A VIOLATION HEARING FOR MOVANTS FAILURE TO COMPLETE COUNSELING CLASSES. MOVANT ASSERTS HIS LEVEL II PROBATION ENDED ON DECEMBER 22, 2004. THE VIOLATION HEARING WAS SCHEDULED TO BE HEARD JANUARY 6, 2005.

3) A JUDGEMENT OF GUILTY WAS ORDERED BY JUDGE CALVIN L. SCOTT IN THE SUPERIOR COURT OF THE STATE OF DELAWARE AND WAS SENTENCED TO 6 MONTHS LEVEL III PROBATION WITH A CONDITION TO ATTEND ANGER MANAGEMENT CLASSES.

4) On May 18, 2005, Movants Level III Probation Officer Mrs. Karen Cook obtained an administrative warrant to arrest Movant for alleged curfew violations and his incompleting the counseling program. Movant was held at Sussex County Violation of Probation Unit with a bail requested by Mrs. Cook of $5000.00 secured.

5) Movant was released on May 20, 2005 on $5000.00 unsecured bail and court date was scheduled for June 2, 2005.

6) On the date of hearing, Mrs. Cook presented her allegations and Movant denied her allegations but failed to assert the facts of the violations of his amendment rights.

7) Movant was found guilty of the violation of not completing counseling classes and sentenced on June 2, 2005 to one year Level Five suspended for 30 days commitment to VOPU followed by one year Level Three Probation.

8) Movant asserts the Judges decision to place condition of probation that he attend anger management classes was based on the presentence investigation officers recommendation. Movant concludes the PSI officers investigation was gender bias.
Her recommendation was based on charges that were dismissed or Movant plead nolo contendre but maintains his innocence of the charges involving his acquaintances with former female friends.
The charges in question were two or more years old. Movant affirms he has no history of violent or aggressive behavior.

9) Movant asserts his condition of probation to attend anger management counseling violated his Fifth Amendment rights because as this condition put Movant in position of jeopardy. It also violated his Eighth Amendment rights due to its unusual punishment due to charges in which Movant was convicted of,

16) Movant asserts upon his sentence to Level II Probation on January 6, 2005 violated his Fifth and Fourteenth Amendment rights and placed Movant in jeopardy and abridged the State Constitution as well as the United States Constitution to deprive Movant of liberty as being his probation had since ended on December 22, 2004.

The court which imposed the sentence would have to have found Movant guilty of violating his probation before his six month Level II sentence had ended.

Wherefore Movant requests that this Honorable Court order his release and the State of Delaware to repeal the previous two convictions for Violation of Probation and expunge them from Movants record, and also to pay court costs and restitution for loss of wages due to Movants inability while incarcerated to work.

Dated: June 24, 2005

_____
Errick M. Wright, Pro Se
SBI# 211465 Pod 10-14A
SCCC
SVOP/SWRU
23207 DuPont Blvd.
Georgetown, DE 19947

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

ERRICK M. WRIGHT )
   MOVANT )
 )
V. )  _____
 )
 )
STATE OF DELAWARE, et al )
   RESPONDANT )

## ORDER

THIS PETITION HAVING BEEN HEARD AND CONSIDERED IT IS ORDERED THIS _____ DAY OF _____, 2005.

DATE:

                 _____
                 JUDGE



To: Clerk of Court
U.S. District Court
J. Caleb Boggs Federal Bldg
Lock Box 18
844 N. King St
Wilm., De 19801



U.S.M.S.
X-RAY

Errick Wright
SBI# 211465
POD 10-14A
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947