Errick M. Wright
SBI# 211405 / C-12
SCCC
SVOP/SWRU
23207 Dupont Blvd
Georgetown, DE 19947



July 18, 2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Wright v. Attorney General of the State of Delaware, et al
1:05-cv-442 (GMS)

Dear Clerk of Court,

I would like to make the following corrections: The name of my Level 2 Probation Officer was Jeffery Bukin. The name of my Level 3 Probation Officer was Kimberly Cook and not Karen Cook. I apologize for the error.

I would also like to bring it to the court's attention that I have been denied access to a legitimate law library by the staff here at SCCC. I have requested on 4 occasions a pass to go to the Delaware Technical & Community College Library here in Sussex County and have been denied all 4 times. The State does not wish me to have any access to legal resource materials and information it appears. I have also requested a copy from the Prothonotary in the Superior Court of Delaware of Judge Calvin L. Scott's sentencing worksheet and order dated June 2, 2005 for CRA# 0310142 Case ID# 0310003717 and have received no response as of date.

Very Truly Yours

Errick M. Wright
Movant

OC: USDC
CC: EMW





OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, N, DE 19801-3570

19801-3570

RRICK M. WRIGHT
RT#211465/C-12
DCC
NOP/SWRU
3207 DUPONT BLVD
GEORGETOWN, DE 19947