IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

ERRICK M. WRIGHT
    MOVANT, PRO SE

    V.

ATTORNEY GENERAL OF THE
STATE OF DELAWARE, et al
    RESPONDANT

Case No.: 1:05-CV-442 (GMS)


FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO ORDER
MOVANT BE ALLOWED, ACCESS
TO A FULL LAW LIBRARY

ERRICK M. WRIGHT, MOVANT, PRO SE, REQUESTS THIS HONORABLE COURT TO GRANT HIS MOTION TO BE ALLOWED ACCESS TO A FULL LAW LIBRARY.

IN SUPPORT OF THIS MOTION THE MOVANT OFFERS THE FOLLOWING:

1. MOVANT ASSERTS THE SUSSEX COMMUNITY CORRECTION CENTERS' VIOLATION OF PROBATION UNIT DOES NOT HAVE A REASONABLE CONSIDERATION OF WHAT WOULD BE A LAW LIBRARY. MOVANT WAS HOUSED AT THIS FACILITY FROM JUNE 2, 2005 UNTIL JULY 6, 2005. THIER "LIBRARY" IS WITHIN THE SAME SMALL ROOM AS THE VIDEO COURT, WITH NO AMPLE BOOKS OR HELPFUL BOOKS (i.e. NO ATLANTIC REPORTER, DELAWARE CODE OR U.S. CODE)

2. MOVANT WAS MOVED TO SUSSEX WORK RELEASE CENTER ON JULY 6, 2005 AND PLACED A REQUEST FOR A PASS TO A LAW LIBRARY FROM THE DATES OF JULY 13, 2005 UNTIL JULY 18, 2005. MOVANT'S REQUEST WAS DENIED ON ALL 4 OCCASIONS. THE SWRC DOES NOT HAVE ANY LEGAL RESOURCE MATERIALS OR INFORMATION.

3. MOVANT ASSERTS HIS BEING DENIED A PASS PRESENTS A CLEAR AND MOTIVATED PREDJUDICE BY THE RESPONDANTS.

4. MOVANT REQUESTS COURT ORDER RESPONDANTS TO ALLOW HIM A PASS MONDAY THROUGH FRIDAY TO A FULL LAW LIBRARY OR OTHER SUCH REMEDY DEEMED APPROPRIATE BY THE COURT.

WHEREFORE, MOVANT RESPECTFULLY SUBMITS THIS MOTION IN CONSIDERATION THAT IT BE GRANTED.

DATE: July 19, 2005

ERRICK M. WRIGHT
MOVANT, PRO SE

CERTIFICATE OF SERVICE

I, ERRICK M. WRIGHT, HEREBY CERTIFY AND AFFIRM UNDER OATH OF PERJURY THAT I HAVE SERVED A TRUE AND COPY OF THE FOREGOING MOTION THIS TUESDAY OF JULY 19, 2005 UPON THE FOLLOWING:

ATTORNEY GENERAL OF THE STATE OF DELAWARE
820 N. FRENCH STREET
WILMINGTON, DE 19801

DATE: July 19, 2005                        _____
                                           ERRICK M. WRIGHT





Rick M. Wright
RT #211465/C-12
CCC
VOP/SWORD
3207 Dupont Blvd
Georgetown, DE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

U.S.M.S. X-RAY