ERRICK M. WRIGHT
SBI# 211465
SCCC/SVOP/SWRU
23207 DUPONT BLVD.
GEORGETOWN, DE 19947




JULY 25, 2005

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCK BOX 18
WILMINGTON, DELAWARE 19801-3570

RE: WRIGHT V. ATTORNEY GENERAL OF STATE OF DELAWARE, et al

CIV. NO. 05-442-GMS

DEAR CLERK OF COURT;

I AM WRITING THE COURT TO INFORM THE HONORABLE G.M. SLEET THAT I HAVE RECIEVED WHAT APPEARS TO BE A FRAUDULENT SENTENCING ORDER FROM RECORDS HERE AT THE SUSSEX VIOLATIONS OF PROBATION CENTER. FIRST, THE ORDER IS NOT SIGNED BY THE JUDGE, SECOND, I RECIEVED THIS DOCUMENT AFTER I RECIEVED MY NOTICES FROM THIS COURT.

I AFFIRM, WHAT I WAS SENTENCED TO IN THE SUPERIOR COURT OF DELAWARE ON JUNE 2, 2004 WAS DIFFERENT FROM THAT OF A STATUS SHEET I RECIEVED ON JUNE 4, 2005. THE NEW STATUS SHEET OF WHICH I RECIEVED ON JULY 22, 2005 RESULTS IN MY SENTENCE BEING 1 YEAR LONGER THAN ORIGINALLY. IN COURT, EVEN MY PROBATION OFFICER KIMBERLEY COOK ONLY RECCOMMENDED A SENTENCE OF NOT MORE THAN 1 YEAR LEVEL 4. MY SENTENCE IN COURT ON JUNE 2 2005 AS FOLLOWS: 1 year level 5 suspended after 30 DAYS V.O.P. FOLLOWED BY 1 year level 3 AND

ALL LEVEL 2 PROBATION WAS DISCHARGED.

THIS APPEARS TO BE A RETALITORY EFFORT BY THE RESPONDANTS. I AFFIRM I DO NOT HAVE ANY ACCESS TO ANY COMPUTER OR ELECTRONIC EQUIPMENT WHILE IN CUSTODY.

I REQUESTED A COPY OF THE SENTENCING ORDER FROM THE PROTHONOTARY OF THE SUPERIOR COURT ON JUNE 17, 2005 AND I HAVE NOT RECIEVED IT AS OF THIS DATE. THERE IS ANOTHER DISCREPENCY CONCERNING IF THE DOCUMENT SVOP RECORDS HAD GIVEN ME THAT CONFLICTS OF THE AUTHENTICITY REGARDING THE FILING LIKE WITH OTHER DOCUMENTS I HAVE PREVIOUSLY RECIEVED FROM THE SUPERIOR COURT.

I, ERRICK M. WRIGHT, UNDER OATH AND AFFIRMATION, TRULY TO THE BEST OF MY KNOWLEDGE AND BELIEF THAT, THERE IS AN EFFORT OF EVEN A CRIMINAL NATURE BETWEEN PROBATION & PAROLE, THE SUSSEX V.O.P. CENTER AND THE ATTORNEY GENERALS' OFFICE TO ALTER THE SENTENCES OF INMATES TO BENEFIT THE STATE OTHER THAN THE SENTENCE THAT WAS IMPOSED IN THE COURT. I HAVE WITNESSED THE INCOMPETENTCY OF THE MANAGEMENT OF RECORDS HERE AT SVOP. CASE IN POINT: AN INMATE NAMED JEFFERY MANSANELLI.

I RESPECTFULLY REQUEST THE PROTECTION OF THE FEDERAL COURT TO DETER ANY RETALITORY RESPONSES FROM THE RESPONDANTS TOWARD MY PERSON. I RESPECTFULLY REQUEST PURSUANT TO RULE 46(E) AND (F) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE A BOND FOR MY TEMPORARY RELEASE UNTIL A DECISION IS MADE BY THE COURT.

I AFFIRM THAT MY RELEASE WAS TO BE JUNE 27, 2005 AND I WAS TO BE RELEASED ON A LEVEL 3 PROBATION.

THE RESPONDENTS IT APPEARS HOLD A CLEAR INTENT TO VIOLATE MY U.S CONSTITUTIONAL AND CIVIL RIGHTS.

MY VIOLATION WAS A TECHNICAL AND NOT A DIRECT VIOLATION. MY TERM OF PROBATION WAS TO END ~~ON~~ with LEVEL TWO, JUNE 24, 2005 AND with MY LEVEL THREE JULY 5, 2005.

I HAVE ENCLOSED EXHIBITS FOR YOUR REVIEW. PLEASE PHOTOCOPY AND A COPY OF EACH TO ME WITH A COPY OF THIS LETTER.

VERY TRULY YOURS

[signature]

ERRICK M. WRIGHT

PETITIONER

CC: USDC-GMS

CC: ERRICK M. WRIGHT
PETITIONER

Errick M. Wright
SBI#211465
SCCC/SVOP/SWRU
23207 DUPONT BLVD.
GEORGETOWN, DE 19947







OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
~~[illegible]~~ ATTN: HON. GREGORY M. SLEET
844 N. KING ST., LOCKBOX 18
Wilmington, DE 19801-3570

19801+3570