## Offender Status Sheet

Date: 06/03/2005

| | | | | |
|---|---|---|---|---|
| SBI #: 00211465 | Name: ERRICK M WRIGHT | | | |
| Location(s): SCCC | Level(s): 4 | Race: BLACK | DOB: 06/11/1968 | |
| AKA: | ERRICK M WRIGHT; ERRICK WRIGHT; ERIK WRIGHT; ERICK M WRIGHT; ERIC M WRIGHT | | | |
| Offender Type: Sentenced | | Officer(s): Svop Virtual, User Virt(12) | | |

### Level: 4

Start Date: 06/02/2005    MED: 07/01/2005    STRD: 06/29/2005    ADJ: 06/27/2005    PED:    Statutory Days Earned: 2.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0310003717 U7 | VN0310114202 Calvin L Scott | VIOL O/PROBATN STANDARD 06/02/2005 | Current 06/02/2005 | 0 | | 30 | 06/02/2005 | 07/01/2005 | 06/29/2005 | 06/27/2005 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0310114202 | 4 | CRT1 | Other Conditions: | SENTENCED TO 1YR LV5 SUSPENDED FOR 30 DAYS LV4 VOP CENTER, FOLLOWED BY 6 MONTHS LV4 (ANY PROGRAM/ HOLD @ VOPC), FOLLOWED BY 6 MONTHS LV3. LMW **THIS IS THE LV4 VOPC SENTENCE. ADJ. DATE REFLECTS THE DEDUCTION OF MERITORIOUS CREDITS (2) TO BE EARNED WHILE @ SVOPC.  -- 6 MONTHS LV4 (ANY PROGRAM) STILL TO FOLLOW. |