EXHIBIT "B"

## Offender Status Sheet

**Date:** 06/27/2005

| | | | | |
|---|---|---|---|---|
| **SBI #:** 00211465 | **Name:** ERRICK M WRIGHT | | | |
| **Location(s):** SCCC | **Level(s):** 4 | **Race:** BLACK | **DOB:** 06/11/1968 | |
| **AKA:** | ERRICK M WRIGHT; ERRICK WRIGHT; ERIK WRIGHT; ERICK M WRIGHT; ERIC M WRIGHT | | | |
| **Offender Type:** Sentenced | | **Officer(s):** Svop Virtual, User Virt(12) | | |

### Level: 4

**Start Date:** 06/27/2005  **MED:** 12/26/2005  **STRD:** 12/14/2005  **ADJ:** 12/02/2005  **PED:**  **Statutory Days Earned:** 12.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | Length M | Length D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0310003717 U7 | VN0310114202 Calvin L Scott | VIOL O/PROBATN STANDARD 06/02/2005 | Current 06/02/2005 | 6 | 0 | | 06/27/2005 | 12/26/2005 | 12/14/2005 | 12/02/2005 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0310114202 | 4 | CRT1 | Other Conditions: | THIS IS THE REMAINING LV4 SENTENCE (TO BE SERVED @ ANY LV4 PROGRAM). FOLLOWED BY 6 MONTHS LV3. LMW |