

## Offender Status Sheet

Date: 07/21/2005

| SBI #: | 00211465 | Name: ERRICK M WRIGHT | | |
|---|---|---|---|---|
| Location(s): | SCCC | Level(s): 4 | Race: BLACK | DOB: 06/11/1968 |
| AKA: | ERRICK M WRIGHT; ERRICK WRIGHT; ERIK WRIGHT; ERICK M WRIGHT; ERIC M WRIGHT | | | |
| Offender Type: | Sentenced | | Officer(s): Swrc K - Z Virtual, User Virt(12) | |

### Level: 4

Start Date: 06/27/2005   MED: 12/26/2006   STRD: 11/14/2006   ADJ: 11/14/2006   PED:   Statutory Days Earned: 42.00

| CASE#/ Court/Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0310003717 U7 | VN0310114202 Calvin L Scott | VIOL O/PROBATN STANDARD   06/02/2005 | Current 06/02/2005 | 1 | 6 | 0 | 06/27/2005 | 12/26/2006 | 11/14/2006 | 11/14/2006 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0310114202 | 4 | CRT1 | Other Conditions: | THIS IS THE REMAINING LV4 WORK RELEASE SENTENCE: EFFECTIVE 6/2/05, SENTENCED TO 1YR LV5, SUSPENDED IMMEDIATELY FOR 30 DAYS LV4 VOP CENTER (COMPLETED 6/27/05), FOLLOWED BY 1YR & 6 MONTHS LV4 WORK RELEASE, FOLLOWED BY 6 MONTHS LV3. HOLD @ LV4 VOP CENTER FOR SPACE AVAILABLE @ LV4. LMW |