EXHIBIT "D"

## SUSSEX COMMUNITY CORRECTION CENTER
### SWRU/VOPU
### RECORDS
### REQUEST FOR INFORMATION

RECEIVED
JUL 21 2005
SCCC RECORDS

NAME: ERRICK WRIGHT   SBI#: 211465
HOUSING UNIT: POD 1   DATE: 7-20-05

DELIVERED TO BOX: 11:00 AM

PLEASE CHECK ALL THAT APPLY:

___ Request status sheet
___ Request short-term release date-_____
___ Request total of goodtime credits earned-
( ) I was sentenced by CALVIN SCOTT in SUPERIOR COURT County; NEW CASTLE
       JUDGE                    COURT
   Case # 0310003717, on JUNE 2, 2005
                              DATE
___ I should receive credit for time served on this/these charge(s): _____
    From: __/__/__ to __/__/__.
___ My release date is within the next ___ days; and I earned goodtime credits
    for _____ that have not been deducted.
___ I went to Court on _____ and was committed
    to _____;
___ I went to Court on _____ and was released to: _____
___ Do I have any open/pending charges: If so, which Court: _____
    Type: _____.
X  Other (Print a brief description of your request) I WOULD LIKE A COPY OF THE
SENTENCING WORKSHEET FROM JUDGE CALVIN SCOTT THAT
SHOULD HAVE BEEN FAXED OR BROUGHT DOWN - MY SENTENCE
WAS 1 year Level 5 Suspended FOR 30 DAYS VOPU FOLLOWED
BY 1 year Level 3 AND NOT HOLD AT Level 4

(DO NOT WRITE BELOW THIS LINE)

### RECORD'S STAFF RESPONSE:

In reviewing your sentence order, following your 30 Day
LV4 VOP sentence, you actually had 1 year and 6 months
LV4 Work Release to follow (Hold @ LV4 VOP Center for space
available @ LV4), then followed by 6 months LV3.

* Revised status sheet sent.

Signature:

COPY →