Errick M. Wright
SBI # 211465
SCCC
SVOP/SWRU
23207 Dupont Road
Georgetown, DE 19947

FILED PROTHONOTARY 2005 JUN 22 AM 9:38

June 17, 2005

Prothonotary (Superior Court)
Superior Court
500 N. King St
Wilmington, DE 19801

RE: STATE OF DELAWARE v. ERRICK WRIGHT
ID No. 0310003717

Dear Sir/Ma'am;

    I am requesting an updated court docket with the dates from 10-06-04 through June 3, 2005. I would also like a copy of my sentencing order from June 2, 2005. Please mail those documents to the above return address. Also enclosed is my motion to modify sentence.

Thank You,

Errick M Wright
Defendant, Pro Se