05cv 442 GMS

Proof of MAILING:

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 83 |
| Certified Fee | 230 |
| Return Reciept Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 488 |

Postmark: AUG 12 2005, WILMINGTON DE 19801

05-442 GMS

Sent To: Warden
Street, Apt. No.; or PO Box: Sussex Correctional Institution P.O. Box 500
City, State: Georgetown, DE 19947

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 83 |
| Certified Fee | 230 |
| Return Reciept Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 488 |

Postmark: AUG 12 2005, WILMINGTON DE 19801

05-442 GMS

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box: 820 N. FRENCH STREET
City, State: WILMINGTON, DE 19801

PS Form 3800, June 2002    See Reverse for Instructions