Errick M. Wright
SBI # 011465
SWRC
23207 Dupont Blvd.
Georgetown, DE 19947



August 16, 2005

Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Errick M. Wright v. Attorney General of Delaware, et al
    Civ. No. 05-442-GMS

Dear Judge Sleet;

I am enclosing a copy of the sentencing order that I recieved on 7/22/05 from SCCC records to enter its Exhibit #6. My conviction for violation of probation was based on criminal action number VN03-10-1142-02. Based on the Delaware Benchbook Guidelines, a Class G Felony carries a Level 2 probation of up to 12 months. The document states a sentence of 18 months which is beyond the guidelines and all of my Level 2 probation was immediately suspended on June 2, 2005.

Based on the documents that I have recieved to date from records, it shows a clear intent to manipulate my sentence in the effort to illegally detain me. Am I able to file a motion for reasonable doubt?

Very truly yours,

Errick M. Wright, Petitioner