IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

    VS.

ERRICK M WRIGHT

Alias: See attached list of alias names.

DOB: 06/11/1968
SBI: 00211465



CASE NUMBER:
0310003717

CRIMINAL ACTION NUMBER:
  VN03-10-1142-02
  VIOL O/PROBATN
    ORIG. CHARGE:
      THEFT $1000 OR>(F)
  VN03-10-2807-02
  VIOL O/PROBATN
    ORIG. CHARGE:
      THEFT > $50000(F)
  VN03-10-2808-02
  VIOL O/PROBATN
    ORIG. CHARGE:
      THEFT > $50000(F)
  VN03-10-1144-02
  VIOL O/PROBATN
    ORIG. CHARGE:
      CRIM MISC 1500(F)

COMMITMENT

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS   2ND DAY OF JUNE, 2005; IT IS THE ORDER OF THE
COURT THAT:  The defendant is found  in violation.
Defendant is sentenced as follows:

AS TO VN03-10-1142-02 : TIS 11 Del.C.0841000BFG
VIOL O/PROBATN - FOUND IN VIOLATION

Effective June  2, 2005   the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 1 year(s) at supervision level 5

 - Suspended immediately

**APPROVED ORDER**     1       June 15, 2005 13:06

STATE OF DELAWARE
     VS.
ERRICK M WRIGHT
DOB: 06/11/1968
SBI: 00211465

  - For 30 day(s)  supervision level 4 **VOPCENTER**

※ - Followed by 1 year(s) 6 month(s)  at supervision level 4 **WORK RELEASE**

  - Followed by 6 month(s)  at supervision level 3

  - Hold at supervision level 4 **VOPCENTER**

  - Until space is available at supervision level 4

   AS TO VN03-10-2807-02 : TIS 11 Del.C.0841000AFE
   VIOL O/PROBATN - FOUND IN VIOLATION

  - The defendant is placed in the custody of the Department of Correction for 1 year(s) at supervision level 5

  - Suspended immediately

  - For 1 year(s)  supervision level 3

   Probation is concurrent to criminal action number VN03-10-1142-02 .


   AS TO VN03-10-2808-02 : TIS 11 Del.C.0841000AFE
   VIOL O/PROBATN - FOUND IN VIOLATION

  - The defendant is placed in the custody of the Department of Correction for 1 year(s) at supervision level 5

  - Suspended immediately

  - For 1 year(s)  supervision level 3

   Probation is concurrent to criminal action number VN03-10-2807-02 .


   AS TO VN03-10-1144-02 : TIS 11 Del.C.081100A1FG
   VIOL O/PROBATN - FOUND IN VIOLATION

  - The defendant is discharged as unimproved.

**APPROVED ORDER**     2     June 15, 2005 13:06

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
     VS.
ERRICK M WRIGHT
DOB: 06/11/1968
SBI: 00211465

                                                CASE NUMBER:
                                                0310003717

All previous terms and conditions are reimposed.

Defendant shall successfully complete anger management, counseling, treatment program.

                                                JUDGE CALVIN L SCOTT JR

**APPROVED ORDER**    3    June 15, 2005 13:06

)RIGHT

)oNT BLVD.
)N, DE 19947


WILMINGTON DE 198
PM
15 AUG
2005



U.S.M.S.
X-RAY

JUDGE GREGORY M. SLEET
UNITED STATES DISTRICT COURT
844 N. MARKET STREET, LOCKBOX 18
WILMINGTON, DE 19801-3570

19801-3011