# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ERRICK M. WRIGHT**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-442-GMS |
| | : | |
| **RICK KEARNEY**, Warden, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following Delaware Superior Court documents in *State of Delaware v. Errick M. Wright*, ID No. 0310003717:[1]

    a. Superior Court Criminal Docket dated October 7, 2005;

    b. Sentence Order dated June 25, 2004;

    c. Violation of Probation Sentence Order dated June 2, 2005;

    d. and Violation of Probation Sentence Order dated June 2, 2005.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: October 7, 2005

---

[1] The respondents will file a supplemental notice of filing of state court records when the state supreme court records in this case have been copied and certified. The respondents anticipate that the state supreme court records will be filed prior to the extended due date of October 28, 2005 granted by the Court.

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on October 7, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on October 7, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

> Errick M. Wright (No. 211465)
> SCCC
> SVOP/SWRU
> 23207 Dupont Blvd.
> Georgetown, DE 19947.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: October 7, 2005