IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ERRICK M. WRIGHT
   Petitioner,

v.

RICK KEARNEY, Warden
and M. JANE BRADY,
Attorney General of the
State of Delaware,
   Respondents.

Civ. Act. No. 05-442-GMS



FILED
OCT -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE AND PETITIONER'S RESPONSE

To: Thomas E. Brown (ID #3278)
Deputy Attorney General
820 N. French Street
Wilmington, De 19801

The Petitioner, Errick M. Wright, pro se, recieved a copy of the MOTION FOR EXTENSION OF TIME as offered by the Respondents attorney on October 4, 2005 at 6:10 pm. The Petitioner protests the Motion and in support states the following:

1. The Respondents motion is untimely since the Court ordered on August 11, 2005 the Respondents to file an answer within 45 days and in reference to Section 3 of their Motion in referring to Civil Rule 81(a)(2), (40-day limit), the Respondents had an additional 5 days to complete their response. Their time expired on Monday September 26, 2005.

2. In reference to Section 1 of Respondents Motion, the Petitioner acknowledges filing an appeal in the State Supreme Court (Wright v. State, 270, 2005) on June 21, 2005. However, the Petitioner had requested transcripts to be delivered by the Superior Court Court Reporter on July 19, 2005 and has not yet recieved those transcripts. This has halted any progress.

3. The Petitioner has since filed a Motion to Present New Evidence on July 29, 2005 in which he presented evidence of perjury by State's witness Stephen Tait, in Cr. Act. No. IN03101142, ID No. 0310003717 during the Petitioners trial. Judge Calvin L. Scott, Jr. ordered the State to file a response on September 15, 2005 and was due September 30, 2005. The Charge that is holding petitioner is attributed to the perjurous testimony. The State as of date has failed to file a response to the best knowledge of the Petitioner.

4. In reference to Respondent's Sections 2, 4, and 5 of the Motion, the Respondents had sufficient time to file a response and though it is noted of counsels workload, it does not address the Petitioner's loss of enjoyment of life and that his liberty is restricted.

5. Therefore, due to an untimely filed motion and the lower courts' delay in serving equal justice, the Petitioner respectfully requests the motion by the Respondents be denied and that relief be granted to the Petitioner he seeks. An extension of time should be deemed as predjudicial by the Court as it also further extends an unlawful period of incarceration.

Date: October 7, 2005

_Errick M. Wright_
Errick M. Wright (SBI #211465)
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, De 19947

Certificate of Service

I, Errick M. Wright, do certify that I have served two handwritten copies of the foregoing response this 7th day of October, 2005 upon the following by first class mail:

Thomas E. Brown (ID #3278)
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

Date: October 7, 2005

_Errick M. Wright_
Errick M. Wright

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ERZICK M. WRIGHT
    Petitioner

v.

RICK KEARNEY, Warden
and M. JANE BRADY,
Attorney General of the
State of Delaware,
    Respondents.

## ORDER

This _____ day of _____, 2005,

WHEREAS, the Petitioner has filed a response to Respondents Motion for Extension of Time.

IT IS HEREBY ORDERED that Respondents Motion is DENIED and Petitioners petition for HABEAS relief shall be GRANTED.

_____
UNITED STATES DISTRICT JUDGE



Clerk of the Court
United States District Court
844 King St., Lock Box 18
Wilmington, De 19801-3570

19801-3570



Patrick M. Wright
ai # Z11465
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

U.S.M.S.
X-RAY