Errick M. Wright (SBI#211465)
8VOP / SWRU
23207 DuPont Blvd.
Georgetown, De 19947

October , 2005

Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570



RE: Wright v. Attorney General of the State of Delaware
Civ. Act. No. 05-442-GMS

Dear Hon. Gregory M. Sleet,

I apologize for the unsatisfactory condition of the paper in which I have written my response and this letter. But due to time restraints and the fact I have been limited to resources of paper and envelopes and the facility has made it difficult for me to have ample resources available. I have to hand write and hand copy most if not all documents and my current status restricts the flow of Law reference information which makes a great advantage to the State in overall circumstances. My indigency factors a majority disadvantage.

Sincerely,

Errick M. Wright (SBI#211465)
Petitioner





Clerk of the Court
United States District Court
844 King St., Lock Box 18
Wilmington, De 19801-3570