

**State of Delaware**
**Department of Corrections**
**Bureau of Community Corrections**
**Sussex Community Corrections Center**
23207 Dupont Blvd
Georgetown, Delaware 19947

Office of the Warden                                                               Telephone 302-856-0985
Robert I. George Jr.                                                               Facsimile 302-856-5797

August 2, 2005

Errick Wright
SBI # 00211465
Offender, SCCC

RE:    Grievance Appeal V-05-0155

Dear Offender Wright:

I am in receipt of your grievance appeal as it relates to Grievance V-05-0155 noted above.

As to your # 1:   I am not obligated to provide offenders in a Level IV facility a law library. I am certainly not obligated to provide a law Library similar to the one in a Level V facility. I do provide offenders access to courts by contracting with West Law to access their on-line service. I also pay a person at this facility to take your requests for information, locate that information and provided it to you free of charge.

As to your # 2:   You do not need a typewriter to write the courts. They accept filings in handwritten form as long as it is in black ink. We provide to you paper and pen free of charge for legal purposes. In my opinion your handwriting is legible and would be acceptable to the courts.

As to your # 3:   You do not need a law library to research, read and reflect on case law. Fill out the law Library slip speak to the law librarian and they will get the necessary documents. Once you receive the requested documents read through them and if you find that you need new documents request the additional documents. If you need more time to study in order file a brief I will have you left in the building instead of going out to work each day. That should give you more than enough time to review your requested and supplied information.

It is for this reason that your appeal of the aforementioned grievance is **DENIED**.

If you desire to appeal this decision you can write to the Bureau Chief of Community Corrections, Noreen Renard who is located at 245 McKee Rd. Dover Delaware 19901.

Sincerely,

Robert I. George Jr.
Warden III, SCCC

Cc;        Noreen Renard
           William Oettel
           Michael Costello
           File