IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Errick M. Wright<br><br>Petitioner,<br><br>v.<br><br>RICK KEARNEY, Warden<br>and M. JANE BRADY<br>Attorney General of the<br>State of Delaware<br><br>Respondents. | Civ. Act. No. 05-442-GMS |



FILED
NOV -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR RELEASE

Pursuant to 28 U.S.C. Rule 23 of the Federal Rules of Appellate Procedure, the Petitioner, Errick M. Wright moves this Court for an Order for his release pending review of a decision ordering his release.

In Support thereof, the Petitioner states the following:

1. The Petitioner has been held in custody for a total of <u>159</u> days as of the date of this motion.

2. The Petitioner's detention is the result of his conviction for non-violent offenses and for violation of Probation.

3. The Petitioner asserts that his detention is unlawful and that his sentence is in violation of 11 Del. C. R. 4333(4)(b)(3).

4. The Petitioner has presented evidence of perjury committed by a State's witness during his trial on May 19, 2004 in IN03101142 on which he has been detained upon thereof for violation of his Probation. (see Superior Court Docket case #0310063717 for an Order by Judge Scott filed on September 16, 2005).

WHEREFORE, the Petitioner respectfully requests the following relief to be granted:

1) That an order be issued for the release of the Petitioner pending review of a decision ordering his release.

Dated: <u>Monday Nov 7, 2005</u>

Emile M. Wright

Errick M. Wright (no. 211465)
SVOP/SWEC
23207 DuPont Blvd.
Georgetown, De 19947

Certificate of Service

I, Errick M. Wright, do certify that on this 7th day of November, 2005, I have served two true and correct copies of the foregoing MOTION FOR RELEASE by first-class mail upon the attorney for the respondents:

Thomas E. Brown
Deputy District Attorney
Del. Department of Justice
820 N. French Street
Wilmington, De 19801

Dated: Monday Nov. 7, 2005

Errick M. Wright (No. 211465)
SVOP / SWRU
23207 DuPont Blvd
Georgetown, De 19947

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ERRICK M. WRIGHT
    Petitioner,

v.

RICK KEARNEY, Warden
and M JANE BRADY
Attorney General of the
State of Delaware
    Respondents

Civ. Act. No. 05-442-GMS

ORDER

This ___ day of _____, 2005.

WHEREAS, the Petitioner has submitted a MOTION FOR RELEASE pending review of a decision for his release';
IT IS HEREBY ORDERED:

_____
United States District Judge





Patrick Wright SBI #211465
CC
OP/SWRU
07 Dupont Blvd.
Georgetown, DE 19947

Clerk of Court
United States District Court
844 King St., Lock box 18
Wilmington De 19801-3570

U.S.M.S.
X-RAY