IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Errick M. Wright
　　Petitioner

v.

Rick Kearney, Warden
and M. Jane Brady
Attorney General of the
State of Delaware
　　Respondents

Civ. Act. No. 05-442-GMS



FILED
NOV 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR DEFAULT JUDGEMENT

Pursuant to Rule 23(a) of the Federal Rules of Appellate Procedure, the Petitioner moves for a default Judgement for his release.

In support thereof the following is offered by the Petitioner:

1. On November 9, 2005 the Petitioner was transferred from the custody of Rick Kearney to the custody of Vince Bianco at the Central Violation Center in Smyrna, Delaware.

2. The Petitioner requests the Court to rule the transfer as unlawful in accordance with Rule 23(a) of the Federal Rules of Appellate Procedure.

3. The transfer should be deemed unlawful as such, due to its nature violating the conditions of the rule.

4. In light of the above the Petitioner submits that a default judgement to be ordered.

Dated: Nov. 14, 2005

Errick M. Wright (no. 211465)
Central Violation Center
P.O. Box 5003
Smyrna, Delaware 19977-5003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Errick M. Wright
  Petitioner

v.

Rick Kearney, Warden
and M. Jane Brady,
Attorney General of the
State of Delaware
  Respondents

Civ. Act. No. 05-442-GMS

ORDER

This ____ day of _____, 2005.

WHEREAS, the Petitioner has Shown Cause why relief Should be GRANTED!

IT IS ORDERED the Petitioner shall be released from Custody by default Judgement.

_____
United States District Court Judge

Certificate of Service

I, Errick M. Wright, do certify that on this 14th day of November, 2005 I have served one copy of the foregoing MOTION FOR DEFAULT JUDGEMENT upon the following attorney for the Respondents by First-Class mail:

Thomas E. Brown (no. 3278)
Deputy Attorney General
De. Dept. of Justice
820 N. French Street
Wilmington, De 19801

Dated: November 14, 2005

Errick M. Wright (no. 211465)
Central Violation Center
P.O. Box 5003
Smyrna, Delaware 19977-5003



Errick M. Wright
SBI # 211465
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

CLERK OF COURT
United States District Court
FOR THE DISTRICT OF DELAWARE
844 King Street, Lock Box 18
Wilmington, DE 19801-3570