Errick M. Wright (no. 211465)
CVOP
P.O. Box 5003
Smyrna, Delaware 19977-5003

November 9, 2005

Clerk of Court
U.S. District Court
844 King St., Lockbox 18
Wilmington, De 19801-3570

RE: Notice of Change in address
Civ. Act. No. 05-442-GMS  Wright v. Attorney General of Del.

Dear Clerk of Court;

I have been transferred from Sussex Community Corrections Center in Georgetown, Delaware to the Central Violations of Probation Center. Unless there has been a misdirection of mail and I have not yet recieved an order from Judge Sleet authorizing the transfer then, the respondents have violated Federal Rules of Appellate Procedure 28 U.S.C. Rule 23; Custody of Prisoners in Habeas Corpus Proceedings.

Please render a change in my mailing address.

FILED
NOV 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,
Errick M. Wright



IM Erzick M. Wright
SBI# 211405   UNIT 7
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

not much

CM01 NO

Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570