Errick M. Wright(SBI#) 211465
38 Todds Lane
Wilmington, DE 19802

11/30/2005

Clerk of Court
United States District Court
900 King Street
Wilmington, DE 19801

        RE: Change of mailing address
            05-442-GMS and 05-693-GMS

Dear Clerk of Court,

    I am notifying the court of the change in my address from SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE 19947 to Plummer Community Correctional Center 38 Todds Lane, Wilmington, DE 19802.

                                              Yours Truly,

                                              Errick M. Wright
                                              Petitioner