Errick M. Wright, Sr. #211465
CVOP
P.O. Box 5003
Smyrna, De 19977-5003

04-185
05-442

February 13, 2006

Judge Gregory M. Sleet
United States District Court
900 King St., Lockbox 18
Wilmington, De 19801

RE: 05-693-GMS
04-442-GMS

Dear Hon. G. M. Sleet,

During a disagreement between PCCC Staff (Plummer Center) and myself involving Staff's disregard for my civil and Constitutional Rights, I was returned to CVOP on 2/9/06 to serve a Sanction. The Staff handcuffed me at 6:45am that morning and after I requested that I pack my legal paper work they refused to allow me to do that and I am here without my files with no idea what happened to them. This was clearly a disregard for my rights as what I have been fighting for. I had been employed at the Quizno's Franchise at 824 N. Market St. in Wilmington and happily began paying the child support I owe my children. The two weeks before I had discussed what the laws were and I showed them the laws but they outright refuse to adhere to the laws except which only serve their purpose. I would like to know what can be done if they have thrown away my files. My evidence in my Superior Court case to overturn my conviction are in those files and it would be clear the staff has obstructed justice.

Sincerely,
Errick M. Wright

IM Errick M. Wright
SBI# 211465   UNIT 7
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003



Judge Gregory M. Sleet
United States District Court
900 King St Lockbox 18
Wilmington, De 19801