Errick M. Wright
38 Todds Lane 4B-H
Wilmington, DE 19802

March 17, 2006

Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570



RE: Wright v. Det. Lloyd R. Joseph
Civ. Act. No. 04-185-GMS
Wright v. Attorney General of the State of Del  Civ. Act. No. ~~04-185-GMS~~
05-442-GMS

Dear Judge Sleet,

Enclosed is the information and a filing thereof to Judge Calvin L. Scott, JR. to support my petitions for the above Civil Actions. If the evidence I presented to Judge Scott was not sufficiently credible, I do not believe he would have the September 16, 2005 order.

Sincerely,

Errick M. Wright
SBI # 211465

cc: Judge Gregory M. Sleet
cc: Thomas E Brown
cc: EMW, Petitioner

Errick M. Wright
38 Todds Lane, 4B-1
Wilmington DE 19802

March 17, 2006

Hon. Calvin L. Scott, Jr.
Superior Court of the State of Delaware
500 N. King Street, Suite 10400
Wilmington, DE 19801-3733

      RE: State v. Errick M. Wright
      Crim. ID. No. 0310003717

Dear Hon. Calvin L. Scott, Jr.,

   I would like to correct the error made on the Court docket in the filing of my March 10, 2006 letter. Though I would like my property returned, my priority is my motion entitled "Motion to Present New Evidence and to Revoke All Imposed Sentences and to Dismiss Conviction." After confirming property law (see Sabo v. Horvath 559 P.2d 1038 (Alaska 1976); Vanderwall v. Midkiff, 421 N.W. 2d 263 (Mich. Ct. App. 1988); Nickels v. Cohn, 764 S.W. 2d 124, 135 (Mo. Ct. App. 1989); First National Bank in Albuquerque v. Enriquez, 634 P.2d 1266, 1268 (N.M. 1981) "if a grantor has no interest in the property (Pierson Brooks Investments LLC) then no property is conveyed and such no alledged theft was committed.

Detective LLOYD R. Joseph should have Researched property Law first before filing Charges pursuant to Title 11.

The property purported to be owned by Stephen Tait (IN03101142, ~~IN03101142~~, ~~IN03101~~ IN0310011420I, IN0310011420 2,) he did ~~not~~ own. The property was owned by TAITCO Inc, a Delaware Corporation and as such it was the property of the Corporation. A False Statement was made in the first instance (Perjury) both written and oral that Stephen Tait was the owner of the Property.

Statiscally, A majority White Jury Presiding Judgement over an African-American Defendant has a Lower percent of a not guilty plea than of another ethnic Defendant involving the same charges. And, for that reason, even with the limited knowledge of Property Law during trial I had, I knew I could not win this case at trial. And failure to provide ethical Legal Assitance by Brian J. Bartley before I terminated him as my Counsel was the basis for my decision to act as Pro Se, because I did not trust any Attorney's in the City of Wilmington. The Jury was not fully Informed of all circumstances Regarding Property and Corporate Law.

Sincerely,
Errick M. Wright
SBI # 211465

CC: Hon Calvin L. Scott
CC: Dept. of Justice
CC: EMW:
CC: Judge Gregory Sleet
U.S. Dist. Court
Civ. Act. NO: 04-185-GMS

Errick M. Wright
88 Todds Lane 4B-H
Wilmington, DE 19802

March 17, 2006

Hon. Calvin L. Scott, JR.
Superior Court of the State of Delaware
500 N. King Street, Suite 10400
Wilmington, DE 19801-3733

    RE: STATE v. ERRICK M. WRIGHT
    Crim ID No. 0310003717
    Crim Act Nos.: IN03101142; VN0310114201;
    VN0310114202; IN0310114; VN0310114401;
    VN0310114402; IN03102807; VN0310280701;
    VN0310280702; IN03102808; VN0310280801;
    VN0310280802.

Dear Hon Calvin L Scott JR.,

    I am Requesting that I be Released from the Department of Corrections on the grounds of malicious prosecution by the Department of Justice of the State of Delaware.

                                        Sincerely,
                                        Errick M. Wright
                                        SBI # 211465

OC: Judge Calvin L Scott JR.
CC: Dept. of Justice
CC: EMW
CC: Judge Gregory M. Sleet
    US. Dept of Justice
    Civ Act Nos. 04-185-GMS

Attachment #9

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| STATE OF DELAWARE | ) | |
| --- | --- | --- |
| | ) | Cr.A.Nos.: IN03101141 |
| | ) | IN03101142 |
| | ) | IN03101144 |
| v. | ) | ID # 0310003717 |
| | ) | |
| ERRICK M. WRIGHT | ) | |

*ORDER*

This 15th day of September, 2005 it appearing to the Court:

1) The State shall file a Response to Defendant's "Motion to Return Property to Defendant Not used in Trial" and Defendant's "Motion to Present New Evidence and to Revoke all Imposed Sentences and to Dismiss Conviction" on or before September 30, 2005. A courtesy copy of the Response shall be delivered to chambers. Failure of the State to file a Response by this date may result in the Court's deeming the motion unopposed.

*IT IS SO ORDERED.*

Calvin L. Scott, Judge
Superior Court

Enclosure
oc: Prothonotary
cc: Department of Justice
Defendant

THOMAS P. GORDON  
COUNTY EXECUTIVE



CHARLES L. BAKER  
GENERAL MANAGER

DEPARTMENT OF LAND USE

May 8, 2003

Pierson Brooks Investments LLC  
110 West 9th St. Ste. 304  
Wilmington, DE 19801

RE:   Deed Instrument(s) 20030416 - 0046959    Parcel # 26-037.10-082

Dear Sir or Madam:

    The New Castle County Assessment Division cannot process the above referenced Deed, which was prepared and/or recorded by you or your office. The Grantor's name is not correct. Our records indicate that Pierson Brooks Investments, LLC does not have an interest on the above mentioned parcel.

    If your intention is still to transfer this property, it is recommended that you record a corrective Deed. Your cooperation in this matter is appreciated. If you have any questions regarding this matter, call me at (302) 395-5559.

Sincerely,

*Sue Kille*

Sue Kille  
Department of Land Use  
Assessment Division

Enclosures  
CC: Errick M. Wright  
    File

Exhibit #11

 

Home - Find a Lawyer - Law Bulletin Boards - Prepare Legal Documents - Legal Forms - Search

## WHAT IS A QUITCLAIM DEED?

A quitclaim deed transfers or "releases" to the transferee whatever present right or interest the grantor has in the described property. Unlike a grant deed, a quitclaim deed carries with it no express or implied covenants. Thus, if the grantor holds no interest in the property, a quitclaim deed conveys nothing.

"Exhibit #9"



### New Castle County, Delaware — Department of Land Use

**Parcel #:** 
**Deed Book/Page:** 
**Street Number/Name:** 
Display 15 Results [Search] [Clear]

## Parcel # 2603710082
**Incorporated in WILMINGTON PROPERTY TAX AREA**

| | |
|---|---|
| Property Address: | 1333 VANDEVER AV, WILMINGTON, DE 19802- |
| Subdivision: | WILMINGTON |
| Owner: | TAITCO INC |
| Owner Address: | 121 COLONEL CLAYTON DR, MIDDLETOWN, DE 19709-8005 |

View Map
Last 10 Sales

| | | | |
|---|---|---|---|
| Lot #: | 25 | Property Class: | RESIDENTIAL |
| Location: | | | |
| Map Grid: | 11403580 | Lot Size: | 0.03 |
| Block: | 1794 | Lot Depth: | 90 |
| Census Tract: | 007.00 | Lot Frontage: | 13.5 |
| Street Type: | FEEDER | Street Finish: | SIDEWALK |
| Gas: | YES | Electric: | YES |
| Water: | PUBLIC | | |
| Microfilm #: | 000000 | | |

### District & Zoning Info

**Districts**                                **Zoning**
PLANNING DISTRICT 11-ASMT
STATE SENATE DIST 2
NORTH OF C&D CANAL
STATE REP DIST 02
COLONIAL SCHOOL DIST-TRES
TRAFFIC ZONE T019 (YR2000)
COUNCIL 4 - PENROSE HOLLINS
FIRE/RESCUE - CITY OF WILM
COUNCIL DISTRICT 4 - PENDING

Exhibit #97

## Sales History

| Deed | Cur. Owner? | Multi? | Sale Date | Sale Amount |
|---|---|---|---|---|
| 271 223 | N | Y | 8/1/1985 | 130079 |
| 1394 165 | Y | N | 9/3/1992 | 27000 |

## Tax/Assessment Info

**Assessment**

| | | Exemption | Exmp. Amount |
|---|---|---|---|
| Land: | 2600 | | |
| Structure: | 9100 | | |
| Homesite: | 0 | | |
| Total: | 11700 | | |

**County Taxable:** 11700   **School Taxable:** 11700

## Tax History                                                        Printable Tax Details

| | County | | | | School | | | |
|---|---|---|---|---|---|---|---|---|
| Tax Year | Principal Due | Penalty Due | Last Paid Date | Amt Paid | Principal Due | Penalty Due | Last Paid Date | Amt Paid |
| 1999A | $0.00 | $0.00 | 02/17/2000 | -$20.31 | $0.00 | $0.00 | 02/17/2000 | -$146.46 |
| 2000A | $0.00 | $0.00 | 11/29/2000 | -$19.77 | $0.00 | $0.00 | 11/29/2000 | -$118.44 |
| 2001A | $0.00 | $0.00 | 01/23/2002 | -$20.13 | $0.00 | $0.00 | 01/23/2002 | -$127.53 |
| 2002A | $0.00 | $0.00 | 09/12/2002 | -$18.49 | $0.00 | $0.00 | 09/12/2002 | -$129.87 |
| 2003A | $0.00 | $0.00 | 07/25/2003 | -$18.49 | $0.00 | $0.00 | 08/18/2003 | -$145.08 |
| 2004A | $18.49 | $0.00 | | $0.00 | $152.11 | $0.00 | | $0.00 |
| | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | | $0.00 |

**County Balance Due:** $18.49
**School Balance Due:** $152.11

**Overpayment:** $0.00

These amounts are valid through the last day of the month. For accounts with delinquent balances, statutory penalty will accrue on the first day of next month.

## No Sewer Service

## Residence Characteristics

| Building Design: | ROW INSD | Residence Class: | TWO FAMILY |
|---|---|---|---|
| Grade: | FAIR | Condition: | AVERAGE |
| Year Built: | 1909 | # Stories: | 2 |



# Michael E. Kozikowski
# New Castle County Recorder of Deeds

## Web Services Detailed Data Results

---

Instrument: 199906081601841  
Recorded: 6/8/1999  
Document Type: DEED  
 Grantor: TAITCO INC  
 Grantee: MILLER, MILDRED  
  Legal Description:  
  Marginal:

Volume Page: 2647 152  
Pages: 2  
   Consideration: 0

Purchase Copy  
ParcelView

---

Instrument: 199607011300738  
Recorded: 7/1/1996  
Document Type: DEED  
 Grantor: TAITCO INC  
 Grantee: TAIT, STEPHEN  
  Legal Description:  
  Marginal:

Volume Page: 2127 303  
Pages: 2  
   Consideration: 0

Purchase Copy  
ParcelView

---

Instrument: 199508032191321  
Recorded: 8/3/1995  
Document Type: DEED  
 Grantor: SHERATON, GREGORY L  
 Grantee: TAITCO INC  
  Legal Description:  
  Marginal:

Volume Page: 1960 171  
Pages: 2  
   Consideration: 0

Purchase Copy  
ParcelView

---

Instrument: 199508010162677  
Recorded: 8/1/1995  
Document Type: DEED  
 Grantor: SARSFIELD, RICHARD P / SARSFIELD, ROBERTA L  
 Grantee: TAITCO INC  
  Legal Description:  
  Marginal:

Volume Page: 1958 21  
Pages: 2  
   Consideration: 0

Purchase Copy  
ParcelView

---

Instrument: 199501131330962  
Recorded: 1/13/1995  
Document Type: DEED  
 Grantor: TRAD INC / TRAD CORP,-AKA  
 Grantee: TAITCO INC  
  Legal Description:  
  Marginal:

Volume Page: 1868 157  
Pages: 3  
   Consideration: 0

Purchase Copy  
ParcelView

---

Instrument: 199309241847514  
Recorded: 9/24/1993

Volume Page: 1593 228  
Pages: 3

Purchase Copy  
ParcelView

Document Type: DEED     Consideration: 0
Grantor: CHRYSLER FIRST FINANCIAL SERVICES CORP
Grantee: TAITCO INC
    Legal Description:
       Marginal:

---

Instrument: 199209040272463     Volume Page: 1394 165     Purchase Copy
Recorded: 9/4/1992     Pages: 3     ParcelView
Document Type: DEED     Consideration: 0
Grantor: TODD INC
Grantee: TAITCO INC
    Legal Description:
       Marginal:

---

Instrument: 199205041063064     Volume Page: 1326 172     Purchase Copy
Recorded: 5/4/1992     Pages: 3     ParcelView
Document Type: DEED     Consideration: 0
Grantor: HERNANDEZ, ROBERT
Grantee: TAITCO CORP
    Legal Description:
       Marginal:

Search Criteria: Find all documents where the Document Category In ('1') and Last Name Like 'Taitco%'

Main Menu     Simple Search     Advanced Search     Instrument Search     Help

*New Castle County Recorder of Deeds Support:*
  Support Person's Name    SupportPerson@NewCastle.co.de.org

*Developed By:*

*Copyright © 1997-2000 Document Technology Systems, Ltd.*

Errick M. Wright
38 Todds Lane 4B-H
Wilmington, De 19802

March 17, 2006

Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lock Box 19
Wilmington, DE 19801-3570

RE: Wright v. Det. Lloyd R. Joseph
    Civ. Act. No. 04-185-GMS
    Wright v. Attorney General of the State of
    Del   Civ. Act. No. 04-185-GMS

Dear Judge Sleet,

Enclosed is the information and a filing thereof to Judge Calvin L. Scott, JR. to support my Petitions for the above Civil Actions. IF the evidence I presented to Judge Scott was not sufficiently credible, I do not believe he would have the September 16, 2005 order.

Sincerely,

Errick M. Wright
SBI # 211465

CC: Judge Gregory M. Sleet
CC: Thomas E. Brown
CC: EMW, Petitioner