Errick M. Wright (SBI # 211465)
38 Todds Lane 4B-14
Wilmington, De 19802

March 21, 2006

Judge Gregory M. Sleet
United States District Court
844 N. King St., Lock Box 19
Wilmington, DE 19801-3570

RE: Civ Act No's 04-185-GMS;
05-442-GMS

Dear Judge Gregory M. Sleet,

On Monday March 20, 2006 on or about 9:10pm I recieved a program violation for 2.5 hours unaccountable time in which I walked approximately two blocks from my current employment (Quizno's on Market St.) to the Attorney Generals office on 820 N. French St. to hand deliver a copy of my complaint of being refused access to legal resources (Law Library) of which was Recieved by D.A.G. Eileen Kelly (577-8319) on 3/15/06. I returned back to work as I delivered the documents on my lunch break. It appearing the State and Department of Corrections are attempting to conspire to deny my rights and fair and impartial access to Law books to litigate my Cases. (See attached documents

Sincerely,
Errick M. Wright
Plaintiff

cc: Judge GMS
cc: Thomas E Brown (by mail 3/21/06)
cc: EMW