Errick M. Wright (SBI #211465)
38 Todds Lane 4B-H
Wilmington, De 19802

March 31, 2006

Judge Gregory M Sleet
United States District Court
844 N. King St., LockBox 19
Wilmington, De 19801-3570

2006 APR -3 PM 3:50
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Wright v. Attorney General of the State of DE, et al
Civ. A. No. 05-442-GMS

Dear Honorable G.M. Sleet,

I am requesting a reversal of judgement in concern of your March 29, 2006 Order. I can offer the following to support my position.

1. Probation Officer Kimberley Cook made allegations during my June 2, 2005 hearing, in which I could not question her witnesses she claimed to have spoken with on dates she had documented. And pursuant to Delaware Superior Court Criminal Rule 32.1 (B),(C) and (D) of which no factual evidence was disclosed, I was not able to present evidence on behalf and could not question any witnesses adverse to the State because they were not summoned.

2. I voluntarily dismissed my State Supreme Court Appeal because my confinement although partial, limits my access to information and other resources to effectively complete the procedure. As a Pro Se Defendant, the State has an unfair advantage and even so as much if I were represented by Counsel appointed by the State from the Public Defender's Office. I have a strong impression of prejudicial and bias in regards to a collusion of the Attorney General's Office and the Public Defenders Office. And that where the Conflict of Interest lies.

3. Information to be effective to present my case could not be obtained until recently and the evidence of my Constitutional Rights were violated will be affirmed.

Your Honor, I request an additional 30 days to present the evidence and this was only reason I motion for a release previously because confinement within the Department of Corrections and the Departments Condemnation to restrict my access to legal information has hampered my progress.

Sincerely,

Errick M. Wright
Plaintiff, Pro Se

bc: USDC
cc: Thomas Brown,
    Errick M. Wright