

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 05-442-GMS |
| | ) |
| RICHARD KEARNEY, | ) |
| Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

At Wilmington this 4th day of August, 2006;

IT IS ORDERED that:

*Pro se* petitioner Errick M. Wright's motion for reversal of the court's judgment denying his § 2254 petition as procedurally barred is DENIED. (D.I. 30.)

Wright's motion does not identify the authority by which he is asking for reconsideration. Given the nature of Wright's assertions, the court construes the motion to be asserted pursuant to Federal Rule of Civil Procedure 60(b)(6), which permits a court to relieve a party from a final judgment for any reason other than the five reasons specifically enumerated in the rule. However, a court may grant a Rule 60(b) motion only in extraordinary circumstances. *Moolenaar v. Gov't of Virgin Islands*, 822 F.2d 1342, 1346 (3d Cir. 1987).

Wright's habeas petition challenged the terms of his violation of probation sentence. The court denied the petition after determining that Wright voluntarily dismissed his appeal of the VOP sentence to the Delaware Supreme Court; that dismissal constituted a procedural default,